1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant United States Attorney
3  California State Bar No. 239918
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5528
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

FILED

AUG - 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   07CR2120-L

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>     v.     )<br>            )<br>RAMIRO TINOCO JR., )<br>TN: Ramiro Tinoco-Ramirez, Jr. )<br>     Defendant. )<br>_____ ) | Magistrate Case No. 07MJ1790<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, and defendant RAMIRO TINOCO JR., by and through and with the advice and consent of defense counsel, Leila W. Morgan, Federal Defenders of San Diego, Inc., that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and (v)(II).

//

PJM:es

(MW on bond)

1   2.   Defendant acknowledges receipt of a plea agreement in this case and agrees to
2   provide the signed, original plea agreement to the Government not later than five business days
3   before the disposition date set by the Court.
4   3.   Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5   before **August 24, 2007**
6   4.   The material witness, Teresa Lopez-Ruiz, in this case:
7   a.   Is an alien with no lawful right to enter or remain in the United States;
8   b.   Entered or attempted to enter the United States illegally on or about
9   July 24, 2007;
10   c.   Was found in a vehicle driven by defendant at the San Ysidro, California Port
11   of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an
12   alien with no lawful right to enter or remain in the United States;
13   d.   Was having others pay on her behalf an undisclosed amount of money to
14   others to be brought into the United States illegally and/or transported illegally to her destination
15   therein; and,
16   e.   May be released and remanded immediately to the Department of Homeland
17   Security for return to her country of origin.
18   5.   After the material witnesses are ordered released by the Court pursuant to this
19   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
20   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any
21   proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral
22   attack, that:
23   a.   The stipulated facts set forth in paragraph 4 above shall be admitted as
24   substantive evidence;
25   //
26   //
27   //
28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ramiro Tinoco Jr.          2          07MJ1790

b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to her country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 8-7-07

PETER J. MAZZA
Assistant United States Attorney

Dated: 7/30/2007

LEILA W. MORGAN
Defense Counsel for Tinoco Jr.

Dated: 7/30/2007

RAMIRO TINOCO JR.
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ramiro Tinoco Jr.    3    07MJ1790

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 8/7/17

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ramiro Tinoco Jr.     4     07MJ1790